CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 2 6 2009

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| CHARAZZ K. MORAN,<br>　　Plaintiff, | Civil Action No. 7:09-cv-00187 |
| v. | **ORDER** |
| ROANOKE CITY POLICE<br>　　DEPARTMENT, <u>et al.</u>,<br>　　Defendants. | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

## ORDERED

that the complaint is **DISMISSED as frivolous**, pursuant to 28 U.S.C. § 1915A(b)(1); plaintiff's motion to proceed <u>in forma pauperis</u> is **DENIED as moot**; and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 26th day of August, 2009.

　　　　　　　　　　　　　　　／s／ James C. Turk
　　　　　　　　　　　　　　　Senior United States District Judge